# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00518-MSK-SKC

CHABAD CENTER AT THE UNIVERSITY OF COLORADO, INC., and
909 14th STREET LLC

Plaintiffs,

v.

CHURCH MUTUAL INSURANCE COMPANY

Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Chabad Center at the University of Colorado, Inc. and 909 14th Street LLC, by and through their counsel, Jeremy A. Sitcoff and Elizabeth A. Walker of **LEVIN SITCOFF PC**, and Defendant, Church Mutual Insurance Company, by and through its counsel, Terence M. Ridley and Anthony C. Barbe of **WHEELER TRIGG O'DONNELL LLP**, hereby submit the following Joint Notice of Settlement as follows:

1. Plaintiffs and Defendant have settled all of the claims and disputes between them in this action.

2. The parties are working to finalize settlement documents and will file an appropriate stipulation dismissing all claims between them, with prejudice, on or before Friday, January 4, 2019.

3. Each party will bear its own fees and costs.

1

Dated this 7th day of December 2018.

Respectfully submitted,

| | |
|---|---|
| *s/ Elizabeth A. Walker*___ | *s/ Anthony C. Barbe*___ |
| Bradley A. Levin | Terence M. Ridley |
| Jeremy A. Sitcoff | Anthony C. Barbe |
| Elizabeth A. Walker | WHEELER TRIGG O'DONNELL LLP |
| LEVIN SITCOFF PC | 370 Seventeenth Street, Suite 4500 |
| 1512 Larimer Street, Suite 650 | Denver, CO  80202 |
| Denver, CO  80202 | Telephone: 303.244.1800 |
| Telephone: 303.575.9390 | Facsimile: 303.244.1879 |
| Facsimile: 303.575.9385 | ridley@wtotrial.com |
| bal@levinsitcoff.com | barbe@wtotrial.com |
| jas@levinsitcoff.com | *Attorneys for Defendant* |
| eaw@levinsitcoff.com | |
| *Attorneys for Plaintiff* | |

2