IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00518-MSK-SKC

CHABAD CENTER AT THE UNIVERSITY OF COLORADO, INC., and
909 14th STREET LLC,

       Plaintiffs,

v.

CHURCH MUTUAL INSURANCE COMPANY,

       Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Chabad Center at the University of Colorado, Inc., and 909 14th Street LLC, and Defendant Church Mutual Insurance Company stipulate to the dismissal of all claims and the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated this 31st day of December, 2018:

| | |
|---|---|
| *s/ Elizabeth A. Walker* | *s/ Anthony C. Barbe* |
| Bradley A. Levin | Terence M. Ridley |
| Jeremy A. Sitcoff | Anthony C. Barbe |
| Elizabeth A. Walker | WHEELER TRIGG O'DONNELL LLP |
| LEVIN SITCOFF PC | 370 Seventeenth Street, Suite 4500 |
| 1512 Larimer Street, Suite 650 | Denver, CO 80202 |
| Denver, CO 80202 | Telephone: 303.244.1800 |
| Telephone: 303.830.1212 | Facsimile: 303.244.1879 |
| Facsimile: 303.830.0898 | ridley@wtotrial.com |
| bal@levinsitcoff.com | barbe@wtotrial.com |
| kjr@levinsitcoff.com | *Attorneys for Defendant* |
| eaw@levinsitcoff.com | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on December 31, 2018, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Anthony Carl Barbe**
  barbe@wtotrial.com, kern@wtotrial.com

- **Jeremy Andrew Sitcoff**
  jas@levinsitcoff.com, nrp@levinsitcoff.com, kjh@levinsitcoff.com, naw@levinsitcoff.com

- **Elizabeth A. Walker**
  eaw@levinsitcoff.com, nrp@levinsitcoff.com, kjh@levinsitcoff.com, elizabeth.walker77@gmail.com, bjh@levinsitcoff.com

- **Terence M. Ridley**
  ridley@wtotrial.com, wall@wtotrial.com, norris@wtotrial.com

*s/ Anthony C. Barbe*
Anthony C. Barbe

2